# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America )<br>v. )<br>BYRON SHONTELL MCFADDEN )<br>& )<br>ROBERTA RUTH SIELAK )<br>)<br>*Defendant(s)* | Case No. 4:21-mj-00008-SAO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 15, 2021   in the county of _____ in the _____ District of   Alaska  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), 846 | Attempted Possession of Fentanyl with Intent to Distribute |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

Sworn to materials on recording on January 17, 2021
_____
*Complainant's signature*

USPIS Ins. Alexander Laumb
*Printed name and title*

Sworn to before me ~~and signed~~ in my presence.

Date:   January 17, 2021

City and state:   Fairbanks, Alaska

_____
*Judge's signature*

, United States Magistrate Judge
Scott A. Oravec
*Printed name and title*