IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>Byron Shontell MCFADDEN &<br>Roberta Ruth SIELAK<br><br>     Defendants. | Case No. 04:21-MJ-00008-SAO |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

  I, Alexander C. Laumb, United States Postal Inspector ("USPIS"), being duly sworn, depose and state that:

**I. BACKGROUND AND EXPERIENCE OF AFFIANT**

  1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

  2. I have been a Postal Inspector since August 2019 and I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for investigation of control substance law violations involving the United States mail.

  3. As part of my duties as a U.S. Postal Inspector, I investigate drug trafficking organizations, including their smuggling routes and the techniques that they use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and

suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have also conducted and/or participated in investigations which have resulted in the seizure of marijuana, cocaine hydrochloride, opium, heroin, methamphetamine, MDMA (ecstasy), prescription medications, firearms, cellular phones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances which have added to my knowledge of the illegal drug culture that exists in Alaska.

## II. PURPOSE OF AFFIDAVIT

This Affidavit is presented in support of a criminal complaint and request for the issuance of arrest warrant against and for Bryon Shontell MCFADDEN and Roberta Ruth SIELAK. I submit there is probable cause to believe that each, acting as either principal or accomplice, did knowingly and intentionally attempt to possess with the intent to distribute approximately 2.4 ounces of substance which when tested with an electronic instrument were found to contain a detectable amount of fentanyl, in violation of Title 21 United States Code, Section 846, 841(a)(1) and (b)(1)(B). I have not set forth in this affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

## III. PROBABLE CAUSE STATEMENT

1. On January 12, 2021, Priority Mail Express Parcel EJ590665314US was

identified as being suspicious by Postal Inspectors and was addressed to "R. Sielak P.O. BOX 196 Barrow, AK 99723" with return address of, "A. Ireton 11 N 226 St Buckeye, AZ 85326." (Herein referred to as the **Subject Parcel**.) On January 13, 2021, Postal Inspectors located the **Subject Parcel** at the Anchorage Processing and Distribution Center.

2. On January 13, 2021, a Federal Search Warrant was granted by the Honorable Scott A. Oravec, US Magistrate Judge for the Subject Parcel. The **Subject Parcel** was searched pursuant to the warrant that same day and was found to contain approximately 2.4 ounces (68 grams) of blue "M30" pills in a vacuum sealed bag, placed inside of the motor housing of an Oster Blender, which was placed inside of an Oster Blender cardboard box, which was placed in the exterior cardboard box identified as the **Subject Parcel**. When tested on an Ionscan 600 portable spectrometer, an instrument which is capable of giving a reasonably accurate, presumptive identification of the presence or absence of controlled substances pending laboratory confirmation, "M30" pills were found to contain a detectable amount of fentanyl.

3. On January 14, 2021 a Federal Order for the Installation and Monitoring of an Electronic Alerting and Tracking Device was subsequently granted for the **Subject Parcel** by the Honorable Scott A. Oravec, US Magistrate Judge.

4. On January 14, 2021 US Postal Inspectors installed alerting and tracking devices pursuant to the court's order. The contents of the Subject Parcel were repackaged without the blue "M30" pills.

5. On January 15, 2021 Anchorage US Postal Inspectors, members of the Anchorage HIDTA Task Force, and Homeland Security Investigation Agents traveled to Barrow, AK to conduct a controlled delivery of the Subject Parcel at the Barrow Post Office recipient

address of PO Box 196.

6. At approximately 2:11 PM the Subject Parcel scanned into the Barrow Post Office. A pink delivery slip was left in the recipient address PO Box 196 to let the PO Box holder know the **Subject Parcel** was ready to be picked up. Without identifying themselves as postal inspectors, USPIS contacted Roberta SIELAK at about 4:27 PM to inform her she had parcel available for pick-up. At approximately 4:45 PM the pink delivery slip was observed being removed from PO Box 196. At approximately 4:47 PM the Subject Parcel was picked up by an individual identified by Inspector Gholson as Roberta SIELAK.

7. Investigators observed SIELAK leaving the post office with the **Subject Parcel** as the only occupant of her vehicle. The **Subject Parcel** was tracked to Bryon MCFADDEN's residence of 4411 North Star St. #B, Barrow, AK. SIELAK was observed meeting with MCFADDEN at the residence through her open passenger door. SIELAK then gave the package to MCFADDEN, who took it into his residence.

8. At approximately 5:25 PM, the installed alerting and tracking devices indicated that the Subject Parcel had been opened and was located inside of 4411 North Star St #B, Barrow, AK. Investigators then entered the residence pursuant to the Federal Order to retrieve the Subject Parcel and its contents. Investigators knocked and announced loudly to inform the residence and neighborhood of the police presence. No occupants, including MCFADDEN, were found inside of the residence.

9. Inside the residence investigators observed the Subject Parcel opened, its internal components removed, and strewn across the floor in the common area. On the floor in the common area was the Oster blender box. The monitoring device which emitted the break-tone was recovered in its original position inside of the **Subject Parcel**. The GPS tracking

device was found in the dumpster within walking distance of MCFADDEN's residence along the route MCFADDEN was thought to have left from.

10. MCFADDEN was found by North Slope Police Department away from his residence taken into custody. MCFADDEN was not wearing a jacket and was in close proximity to his residence. The ambient air temperature was approximately -11 degrees with a steady wind, indicating he was not dressed for the weather.

11. When MCFADDEN was detained a black light revealed a presence of fluorescent powder, which was spray into the Oster Blender box, on both his hands which indicated he opened the parcel and specifically the Oster blender box that originally contained the presumptive Fentanyl.

12. MCFADDEN was advised of his *Miranda* rights and interviewed. MCFADDEN said he was expecting the **Subject Parcel**. MCFADDEN said he did receive the **Subject Parcel** at his residence. MCFADDEN said he did open the **Subject Parcel**. MCFADDEN said he opened the Oster blender box inside of the **Subject Parcel**. MCFADDEN stated that he was expecting the **Subject Parcel** to contain marijuana. MCFADDEN stated that he stopped opening the **Subject Parcel** and left his residence when he saw the unknown object inside of the Oster blender box, USPIS tracking device.

13. SIELAK was found by North Slope Police Department in her vehicle away from MCFADDEN's residence and detained. When SIELAK was detained a black light did not reveal the presence of the fluorescent powder which had been in the Oster blender box.

14. SIELAK was advised of her *Miranda* rights and interviewed. SIELAK said she did pick up the **Subject Parcel** from the Barrow Post Office. SIELAK said she was instructed to pick up the **Subject Parcel** from the Barrow Post Office by MCFADDEN.

SIELAK stated she knew what was inside the **Subject Parcel** intended for MCFADDEN. SIELAK said she did transport the **Subject Parcel** from the Barrow Post Office to MCFADDEN's residence at 4411 North Star St, Barrow, AK.

15. On January 14, 2021, an Alaska State Search Warrant was obtained and executed on 4411 North Star St #B, Barrow, AK.

16. As a result of the Alaska State Search Warrant, a cell phone, additional identical Oster blender boxes, a white powder suspected of being cocaine, currency, and an AR-15 style rifle were seized or photographed from the residence.

Respectfully submitted,

Sworn to materials on recording on 1/17/2021
At approximately 2:55pm

Alexander C Laumb
Postal Inspector, USPIS
Anchorage Domicile

~~Subscribed and~~ sworn to before me
on January 17, ~~21~~ 2021

UNITED STATES MAGISTRATE JUDGE
Scott Oravec